**SHA-1 Hash:** 5C30F05B0EF0F99BBF43E716A0EB53D31C179D7F   **Title:** MaryJane Young Love
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 107.2.165.124 | 12/29/2011 2:17 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 2 | 107.2.234.109 | 12/19/2011 14:34 | Aurora | CO | Comcast Cable | BitTorrent |
| 3 | 174.51.111.129 | 1/21/2012 4:01 | Denver | CO | Comcast Cable | BitTorrent |
| 4 | 24.8.101.45 | 1/10/2012 17:51 | Boulder | CO | Comcast Cable | BitTorrent |
| 5 | 75.70.13.222 | 12/14/2011 17:16 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 6 | 76.25.100.246 | 3/4/2012 13:55 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 7 | 71.211.250.42 | 2/15/2012 2:52 | Littleton | CO | Qwest Communications | BitTorrent |
| 8 | 71.212.155.20 | 11/23/2011 9:48 | Denver | CO | Qwest Communications | BitTorrent |
| 9 | 71.218.240.141 | 2/18/2012 8:09 | Denver | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO32