IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00846-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-9,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Notices of Voluntary Dismissal filed by Plaintiff Malibu Media, LLC on May 9, 2012 (ECF No. 13) and August 1, 2012 (ECF Nos. 15 and 16), it is hereby

    ORDERED that this case is **DISMISSED** in its entirety pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The dismissal with respect to the claims against Defendants Jon Does 1, 2, 3, 4, 5, 6, 8, and 9 is **WITHOUT PREJUDICE**, and the dismissal with respect to the claims against Defendant John Doe 7 is **WITH PREJUDICE**.

    Dated:  August 2, 2012

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL
                                            CHIEF UNITED STATES DISTRICT JUDGE